NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CENTRIPETAL NETWORKS, LLC,**

*Appellant*

**v.**

**KEYSIGHT TECHNOLOGIES, INC., PALO ALTO NETWORKS, INC.,**

*Appellees*

---

2024-2372, 2024-2373

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00445, IPR2023-01329.

---

**JUDGMENT**

---

DANIEL J. RICHARDSON, Sullivan & Cromwell LLP, Washington, DC, argued for appellant. Also represented by AVIV S. HALPERN, Palo Alto, CA; ANDREI IANCU, Los Angeles, CA; LAURIE STEMPLER, New York, NY; JENNA FULLER, JEFFREY PRICE, Herbert Smith Freehills Kramer (US) LLP, New York, NY; JAMES R. HANNAH, Redwood Shores, CA.

JONATHAN IAIN MAX DETRIXHE, Reed Smith LLP, San

Francisco, CA, argued for all appellees. Appellee Keysight Technologies, Inc. also represented by JONAH D. MITCHELL; GERARD M. DONOVAN, Washington, DC; JAMES CHRISTOPHER MARTIN, Pittsburgh, PA.

ANDREW T. RADSCH, Munger, Tolles & Olson LLP, San Francisco, CA, for appellee Palo Alto Networks, Inc.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CUNNINGHAM, and STARK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2026
Date

Jarrett B. Perlow
Clerk of Court